IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMANDA CAROL WILLIS                                                                       PLAINTIFF

v.                                       Civil No. 4:20-CV-04028

INVESTIGATOR JOEY DAVIS                                                              DEFENDANT

### ORDER

Plaintiff Amanda Carol Willis filed this action *pro se* pursuant to 42 U.S.C. § 1983 on March 30, 2020. (ECF No. 1). Her application to proceed *in forma pauperis* was granted the same day. (ECF No. 3). On April 2, 2020, the Court ordered Plaintiff to file an Amended Complaint to clarify her claims against Defendant Joey Davis. (ECF No. 6). On April 15, 2020, Plaintiff filed a Motion to Voluntarily Dismiss this case without prejudice. (ECF No. 7). In the motion Plaintiff states "I am also requesting no more funds be taken out of my inmate account…" *Id.*

The Clerk is DIRECTED to treat Plaintiff's motion (ECF No. 7) as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss this case without prejudice.

Plaintiff is advised under the Prison Litigation Reform Act the entire filing fee for this lawsuit was due in full once the case was filed with the Court. 28 U.S.C. § 1915; *In Re Tyler*, 110 F.3d 528 (8th Cir. 1997). Accordingly, the funds from Plaintiff's inmate account will continue to be withdrawn until the filing fee is paid in full.

IT IS SO ORDERED this 15th day of April 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE